REMUS A. KNEELAND, Respondent, *v.* MERRITT P. McKOON, Appellant.

(Argued October 4, 1881 ; decided October 18, 1881.)

*Robert T. Johnson* for appellant.

*Russell Frost* for respondent.

Agree to dismiss appeal without opinion.

All concur.

Appeal dismissed.